## DENNIS *v.* LESTER *et al.*

LEWIS, J.  The evidence introduced at the hearing now under review was beyond doubt sufficiently conflicting to bring this case within the established rule that the Supreme Court will not, unless there has been an abuse of discretion, reverse a judgment granting or refusing an interlocutory injunction.  It does not, in the present instance, appear that there was any abuse of discretion in denying the injunction.    *Judgment affirmed. All the Justices concurring.*

Argued October 14, — Decided November 7, 1899.

Petition for injunction.  Before Judge Lumpkin.  Fulton county.  July 22, 1899.

*John C. Reed* and *McElreath & McElreath,* for plaintiff.
*L. A. Dean* and *W. T. Moyers,* for defendants.